**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sam Bevilacqua, et al.,

Plaintiffs,

v.

Argus Panoptes LLC, et al.,

Defendants.

No. CV-25-02712-PHX-DLR (ASB)

**ORDER**

Before the Court is United States Magistrate Judge Alison S. Bachus's Report and Recommendation ("R&R") recommending that the Court grant in part Plaintiffs' Motion for Attorneys' Fees and Costs. (Doc. 29.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (failing to timely object to an R&R waives review of that R&R).

Neither party filed objections, which relieves the Court of its obligation to review the R&R. Still, the Court reviewed the R&R and finds it well-taken. The Court accepts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3).

**IT IS ORDERED** that the R&R (Doc. 29) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 24) is **GRANTED** in part. The Court awards Plaintiffs $17,521.00 in attorney's fees and $866.76 in costs, for a total of **$18,387.76,** against Defendants Argus Panoptes LLC, Jeffrey Tidwell and Jane Doe Tidwell, jointly and severally.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment accordingly.

Dated this 9th day of November, 2026.

Douglas L. Rayes
Senior United States District Judge